UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL COLESON, JR.,<br><br>      Plaintiff,<br><br>-against-<br><br>MS. ANITA PARKER, President and CEO of Treat Me Right/St. Luke A.M.E. Church Supervised Child Visitation and Exchange Program; CRISTINA FONTANEZ; THEON SMITH; MR. ROBERT LEDER; MILLIE CHRISTINA AUNT,<br><br>      Defendants. | 20-CV-951 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 6, 2020
    New York, New York

                             COLLEEN McMAHON
                          Chief United States District Judge